UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL E. WILLIAMS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 16-14065

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ANTHONY P. PATTI

**ORDER ADOPTING REPORT AND RECOMMENDATION [18]; DENYING PLAINTIFF'S MOTION TO REMAND PURSUANT TO SENTENCE FOUR [13]; AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [16]**

Plaintiff Michael E. Williams seeks judicial review of an Administrative Law Judge's denial of his application for social security supplemental security income (SSI) benefits. On February 26, 2018, the Magistrate Judge issued a Report and Recommendation [Dkt. #18] on Plaintiff's Motion to Remand Pursuant to Sentence Four [13] and Defendant's Motion for Summary Judgment [16]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [18] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

1

**IT IS ORDERED** that Plaintiff's Motion to Remand Pursuant to Sentence Four [13] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [16] is **GRANTED**.

**SO ORDERED**.

Dated: March 14, 2018

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge